UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

BERNARD ANDREW WHITE,               )
                                    )
            Petitioner,             ) Case No. CV 12-8178-DSF(AJW)
                                    )
       v.                           )
                                    )
G. JANDA et al.,                    )     JUDGMENT
                                    )
            Respondent.             )
_____)

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: ___11/19/12_____

_____
Dale S. Fischer
United States District Judge